UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

 GESER ABIMAEL LEIVA GARCIA,

                    Petitioner,               **ORDER TO SHOW CAUSE**
                                                  26-CV-1508(EK)

              -against-

 CHRISTOPHER SHANAHAN, New York Field
 Office Director, U.S. Immigration and
 Customs Enforcement, et al.,

                    Respondents.

--------------------------------------x
ERIC KOMITEE, United States District Judge:

          Geser Abimael Leiva Garcia petitions for a writ of

habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  He

asserts that he is being wrongfully detained by respondents

without the bond determination to which he is entitled under

8 U.S.C. § 1226(a).  Leiva Garcia moves for a temporary

restraining order, requesting that: (1) respondents immediately

release petitioner from their custody; (2) respondents be

enjoined from re-detaining petitioner "absent a clear showing of

lawful authority"; and (3) the Court retain jurisdiction to

enforce this Order.  ECF No. 1.  That motion is granted in part.

          By 5:00 p.m. on March 24, respondents are ordered to

show cause why the petition should not be granted for

substantially the same reasons articulated in the Court's

November 18, 2025 order in *Sarmiento Guerrero v. Noem*, --- F. Supp. 3d --- (E.D.N.Y. 2025).

Should respondents acknowledge that the instant petition presents no meaningful distinction from *Sarmiento Guerrero*, they shall either afford Leiva Garcia a bond hearing or release him — in either case, on or before March 27, absent further order of this Court. *See Guartazaca Sumba v. Crowley*, No. 25-CV-13034, 2025 WL 3126512, at *5 (N.D. Ill. Nov. 9, 2025). In that case, the parties shall file a status report on or before March 30 that addresses Leiva Garcia's release status. Otherwise, petitioner should serve his reply by 5:00 p.m. on March 30.

Petitioner shall serve this Order on the United States Attorney's Office for the Eastern District of New York by electronic mail, in care of the Chief of the Civil Division.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    March 15, 2026
          Brooklyn, New York

2